IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CRAYTONIA BADGER                                            PETITIONER

V.                                      CIVIL ACTION NO. 5:25-cv-36-DCB-ASH

DEXTER PAYNE AND ATTORNEY                                   RESPONDENT
GENERAL LYNN FITCH

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court on Magistrate Judge Harris's Report and Recommendation ("Report") [ECF No. 17], which recommends that Respondent's Motion to Dismiss [ECF No. 6] be found MOOT. The basis for this recommendation is that <u>Pro Se</u> Petitioner Badger has now complied with Rule 2(b) by naming both Dexter Payne, Director of the Arkansas Division of Corrections, and Lynn Fitch, Attorney General of Mississippi, as Respondents. The Report was entered on March 16, 2026, and objections to it were due by March 30, 2026. No party has objected to the report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a <u>de novo</u> review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court having reviewed Respondent's Motion to Dismiss [ECF No. 6] finds that it is MOOT because Pro Se Petitioner Badger has now complied with Rule 2(b) and named both Payne and the Attorney General as Respondents. Having considered the Report of Judge Harris, the Court adopts his findings and conclusions in full.

Accordingly,

The Court agrees with Judge Harris's recommendation. The Report [ECF No. 17] is hereby ADOPTED and Respondent's Motion to Dismiss [ECF No. 6] is MOOT.

SO ORDERED, this the 22nd day of April, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

2